## Commonwealth *v.* Hirsch, Appellant.

Submitted September 16, 1970. *William J. McCarthy, III,* for appellant; *John E. Gallagher,* First

830

Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.